First National Bank of Blue Island, administrator of the Estate of Theodore Wibbelsman, deceased, appellee, v. The Chicago, Rock Island and Pacific Railway Company, appellant. Gen. No. 36,750.

Heard in the second division of this court for the first district at the June term, 1933. Opinion filed May 1, 1934.

Harry E. Boe and Daniel Taylor, for appellant. Royal W. Irwin, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

Clarence Kiewert, by Charles L. Kiewert, his father and next friend, appellee, v. J. O. Stoll Company, appellant. Gen. No. 36,955.

Heard in the second division of this court for the first district at the October term, 1933. Opinion filed May 1, 1934.

William McKinley and Paul E. Price, for appellant. Levisohn & Levisohn, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

George F. Way, appellee, v. Illinois Power and Light Corporation, appellant. Gen. No. 37,011.

Heard in the second division of this court for the first district at the October term, 1933. Opinion filed May 1, 1934.

E. Bentley Hamilton, for appellant. John S. Hummer and Patrick L. McArdle, for appellee; P. L. McArdle and Chester D. Kern, of counsel.

Mr. Justice Gridley delivered the opinion of the court.

Electric Service Engineering Company, appellee, v. New York Central Railroad Company, appellant. Gen. No. 37,030.

Heard in the second division of this court for the first district at the October term, 1933. Opinion filed May 1, 1934.

Sidney C. Murray and L. Beers-Jones, for appellant. No appearance for appellee.

Mr. Justice Gridley delivered the opinion of the court.